IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANGIE HARRIS, ADMINISTRATRIX FOR THE ESTATE OF AARON HARRIS | : | NO. 20-741 |

## **ORDER**

**AND NOW**, this 22nd day of July, 2020, upon consideration of Defendant's "Motion to Dismiss for Lack of Jurisdiction" (Docket No. 6) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.