IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY | : : : | CIVIL ACTION |
| v. | : : | |
| ANGIE HARRIS, ADMINISTRATRIX FOR THE ESTATE OF AARON HARRIS | : : | NO. 20-741 |

| | | |
|---|---|---|
| ANGIE HARRIS, ADMINISTRATRIX FOR THE ESTATE OF AARON HARRIS | : : : | CIVIL ACTION |
| v. | : : | |
| ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY | : : | NO. 20-1285 |

## ORDER

**AND NOW**, this 28th date of September, 2022, upon consideration of the Motion for Summary Judgment filed by Allstate Vehicle and Property Insurance Company (Docket No. 38) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.